UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-293-FDW

| | |
|---|---|
| JOHN ANTHONY HILL, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| DERRICK PALMER, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' Motions for Extension of Time of Scheduling Order Deadlines, (Doc. Nos. 41, 46).

In their most recent Motion, Defendants seek an extension of the deadline to file dispositive motions for 30 days after the Court rules on Defendants' pending Motion to Dismiss, (Doc. No. 42). For good cause shown, Defendants' most recent Motion will be granted. The previous Motion will be denied as moot.

**IT IS, THEREFORE, ORDERED that:**

(1) Defendants' Motion for Extension of Time of Scheduling Order Deadlines, (Doc. No. 46), is **GRANTED** until 30 days after the Court rules on Defendants' pending Motion to Dismiss, (Doc. No. 42).

(2) Defendants' Motion for Extension of Time of Scheduling Order Deadlines, (Doc. No. 41), is **DENIED** as moot.

Signed: September 11, 2019

Frank D. Whitney
Chief United States District Judge