# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| John Anthony Hill, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00293-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Derrick Palmer | ) | |
| Mark Patterson | ) | |
| Jeremy Bresch | ) | |
| Carrie Colwell, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 8, 2019 Order.

October 8, 2019

_____

Frank G. Johns, Clerk
United States District Court